MARY C. KEATING *vs.* WILLIAM H. HULL.

Third Judicial District.

Argued October 24th—decided December 15th, 1905.

ACTION to recover damages for personal injury alleged to have been caused by the defendant's negligence, brought

to and heard in damages by the Superior Court in New Haven County, *Reed, J.;* facts found and judgment rendered for nominal damages only, and appeal by the plaintiff. *No error.*

*Jacob P. Goodhart* and *Robert C. Stoddard,* for the appellant (plaintiff).

*William H. Ely,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.